IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 PM 4: 28

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| DAVID SPROUSE and <br> CATHERINE SPROUSE, <br> as Husband and Wife, <br><br> PLAINTIFFS, <br><br> V. <br><br> GEORGIA-PACIFIC CORPORATION, <br><br> DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 05-2861-BV <br> ) <br> ) <br> ) <br> ) |

## ~~PROPOSED~~ ORDER GRANTING DEFENDANT GEORGIA-PACIFIC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Defendant Georgia-Pacific Corporation's Motion for Extension of Time to Respond to Plaintiff's Complaint, it is hereby ordered that Georgia-Pacific's Motion for an Extension of Time is granted, and the deadline for Defendant to respond to Plaintiff's Complaint is extended until January 14, 2006.

IT IS SO ORDERED this 28th day of December, 2005.

_Diane K. Vescovo_
J. ~~DANIEL BREEN~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

M ETL 920468 v1
0-0 12/21/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02861 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James E. Blount
BLOUNT LAW FIRM
253 Adams Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT